IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| TYLOR BUTTOLPH,<br><br>Plaintiff,<br><br>v.<br><br>CASCADE COUNTY, CITY OF GREAT FALLS, ALEX VANCE, CLAYTON HENDERSON, and DOES 1-10,<br><br>Defendants. | Cause No.: CV-24-110-GF-JTJ<br><br>ORDER |

Upon Cascade County's Motion to Sever Claims and good cause showing,

IT IS HEREBY ORDERED that the claims asserted against the County are severed from the claims asserted against the City Defendants and the County is dismissed without prejudice.

DATED this 3rd day of June 2025.

_____
John Johnston
United States Magistrate Judge